IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOAN TERESI,

    Plaintiff,

vs.                                      CASE NO. 5:06cv134/RS

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 17). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of Social Security is affirmed, and this case is dismissed.

3. The clerk is directed to close the file.

ORDERED on July 20, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Michae l J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed . R. Civ. P. 25(d)(1).